UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>-vs-<br><br>D-1　LOUELLA BREWSTER<br><br>　　　　　　Defendant.<br>_____ / | Case:2:17-cr-20687<br>Judge: Battani, Marianne O.<br>MJ: Whalen, R. Steven<br>Filed: 10-17-2017 At 02:40 PM<br>SEALED MATTER (DP)<br><br>Vio:　18 U.S.C. § 641 |

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 641 – Theft/Embezzlement of Federal Funds)

**D-1　LOUELLA BREWSTER**

From approximately May 1984 to approximately July 2013, in the Eastern District of Michigan, Southern Division, **LOUELLA BREWSTER**, defendant herein, did steal, embezzle, and knowingly convert to her own use or the use of others money and funds of the United States having a value of over $1,000.00, namely, Social Security benefits of which her mother (who passed away in May 1984) was

the sole beneficiary, in violation of Section 641 of Title 18 of the United States Code.

                                      THIS IS A TRUE BILL.

                                        s /Grand Jury Foreperson
                                      *Grand Jury Foreperson*

DANIEL L. LEMISCH
*Acting United States Attorney*

 s/John K. Neal
JOHN K. NEAL
*Assistant United States Attorney*
Chief, White Collar Crime Unit

 s/Stephen L. Hiyama
STEPHEN L. HIYAMA
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan   48226-3220
phone:  313-226-9674
e-mail:  stephen.hiyama@usdoj.gov
bar no.:  P32236

Date:   October 17, 2017

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _SLH_ |

**Case Title:** USA v. LOUELLA BREWSTER

**County where offense occurred :** WAYNE

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    _✓_Indictment/____Information --- based upon prior complaint [Case number: 13-MJ-30762  ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 17, 2017
Date

Stephen L. Hiyama
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9674
Fax: 313-226-0816
E-Mail address: stephen.hiyama@usdoj.gov
Attorney Bar #: P32236

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.