UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No. 17-CR-20687

-vs-        Hon. Bernard A. Friedman

D-1   LOUELLA BREWSTER,

        Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, LOUELLA BREWSTER, defendant in the case captioned above, hereby acknowledge that I have received a copy of the Indictment, have read it, and understood its contents before entering a plea to the charge(s) contained therein. I know that if I plead guilty or am found guilty at trial, I can be sentenced up to the maximum possible statutory penalties, which are:

**Count 1 (18 U.S.C. § 641, illegal conversion of government property > $1,000):** 10 years' imprisonment, 3 years' supervised release (with an additional 2 years' imprisonment if supervised release is violated), a $250,000 fine, an order of restitution, an order of forfeiture, and a $100 special assessment.

                                     *s/ Louella Brewster (with consent)*
                                     LOUELLA BREWSTER
Date:  January 20, 2021            Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have read a copy of the Standing Order for Discovery and Inspection, which requires all pretrial motions to be filed within 20 days of arraignment.

                                       *s/Stacey M. Studnicki*
                                     STACEY M. STUDNICKI
Date:  January 20, 2021            Attorney for Defendant