UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,               Cr. No. 17-20687

vs.                                    Hon. Bernard Friedman

LOUELLA BREWSTER,

               Defendant.
_____/

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Counsel, Stacey M. Studnicki, of the Federal Defender Office, Detroit, Michigan, for Defendant, LOUELLA BREWSTER, and moves this Honorable Court, pursuant to Local Rule 57.1, to withdraw as counsel for Defendant. Counsel files a supporting Brief and further states:

1.    On January 13, 2021, Defendant made an initial appearance on a federal indictment. The Federal Defender Office was appointed and undersigned Counsel was assigned to represent the Defendant.

2.    Defendant was arraigned on the indictment on January 20, 2021.

3.    Since that time, there has been a complete breakdown of the attorney-client relationship required for effective assistance of counsel under the Sixth Amendment of the U.S. Constitution.

4.    The Federal Defender Office can promptly obtain a panel attorney to represent the Defendant.

5.    Substitution of counsel is in the best interests of Defendant and serves the ends of justice.

WHEREFORE, Defense Counsel respectfully requests that she be allowed to withdraw due to a complete and total breakdown in the attorney-client relationship.

Respectfully Submitted,

**FEDERAL DEFENDER OFFICE**

*s/ Stacey M. Studnicki*
STACEY M. STUDNICKI
613 Abbott Street, Suite 500
Detroit MI 48226
Phone: 313-967-5542
E-mail: stacey_studnicki@fd.org

Dated: November 29, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 17-20687

vs.        Hon. Bernard Friedman

LOUELLA BREWSTER,

        Defendant.
_____/

BRIEF IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL

1

I.

On January 13, 2021, Louella Brewster appeared in Court on an indictment charging Theft of Federal Funds. She was released on bond

Since that time, there has been a complete breakdown of the attorney-client relationship required for effective assistance of counsel under the Sixth Amendment of the U.S. Constitution.

II.

Rule 57.1 of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> (b) An attorney who has appeared in a criminal case may thereafter withdraw only by written motion served upon the defendant personally or at the defendant's last-known address and upon all other parties. The Court may deny a motion to withdraw if the attorney's withdrawal would unduly delay trial of the case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice.

An irreconcilable conflict in the attorney-client relationship is good cause to warrant substitution of counsel and comports with the tenets of the Sixth

2

Amendment right to effective assistance of counsel. Wilson v. Mintzes, 761 F.2d 275 (6th Cir. 1985).

### III.

For the foregoing reasons, Counsel requests this Honorable Court allow her to withdraw from representation of Defendant.

Respectfully Submitted,

FEDERAL DEFENDER OFFICE

*s/ Stacey M. Studnicki*
STACEY M. STUDNICKI
613 Abbott Street, Suite 500
Detroit MI 48226
Phone: 313-967-5542
E-mail: stacey_studnicki@fd.org

Dated: November 29, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 17-20687

vs.        Hon. Bernard Friedman

LOUELLA BREWSTER,

        Defendant.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        Stephen Hiyama
        Assistant U.S. Attorney

and that I have mailed by United States Postal Service the paper to the following non-ECF participants:

        Louella Brewster

        s/ Jennifer Mellas
        Federal Defender Office

4