UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Criminal No. 17-CR-20687

vs.                                                        HON. BERNARD A. FRIEDMAN

LOUELLA BREWSTER,

    Defendant.

_____/

**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW**

        This matter is presently before the Court on attorney Stacey M. Studnicki's motion to withdraw as defense counsel. (ECF No. 19). For cause shown,

        IT IS ORDERED that attorney Stacey M. Studnicki's motion to withdraw as defense counsel is granted. The Court will appoint the Federal Community Defender's Office to represent defendant.

Dated: November 30, 2021
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge