# EXHIBIT A

Name: Brewster, Louella  
DOB: 10/20/48

Page 1

# Atara Abramsky, PhD, PLLC

17240 W 10 Mile Rd  
Southfield, MI 48075  
248-808-2976

## Confidential Psychological Information

Client Name: Louella Brewster  
Date of Birth: 10/20/48  
Examiner: Atara Abramsky, PhD, LP  
Age: 72  
Sex: Female  
Date of Evaluation: 7/14/21

## Basis of Evaluation

Behavioral Observations  
Mental Status Exam  
Review of Records  
Clinical Diagnostic Interview  
Millon Clinical Multiaxial Inventory – Fourth Edition (MCMI-IV)

## Reason for Referral

Ms. Brewster was referred for psychological testing following an arrest for Theft Embezzlement of Federal Funds.

## Personal History

*Family:* Louella Brewster was born on October 20, 1948, in Detroit, Michigan. Her parents, Wilma Thomas and Fess Thomas, were married at the time of her birth. She was their third child, as they had two daughters prior. Her parents went on to have two sons, making Ms. Brewster the third born in a sibship of five. Ms. Brewster reports that her childhood was very good.  
She denied issues of abuse or neglect. Her parents had a good marriage and they were kind and loving toward their children. She described her father as "very funny and always there for us." She described her mother as "the best." Ms. Brewster stated she was very close with all of her siblings growing up but "more protective" of her brothers because they were younger.

Ms. Brewster's father worked for Ford Motor Company and her mother worked in housekeeping. She stated that the family was "comfortable" financially. She recalls many happy memories from her childhood, for example, going down South to visit relatives every summer.

1

Name: Brewster, Louella  
DOB: 10/20/48

Page 3

tried it, her use became regular and habitual. She was using crack cocaine daily and also continued to drink. Over the last four decades, her use of alcohol and crack cocaine has varied. There were times when she would try to stop: "I just did not have any life and I wanted to stop." However, she typically would return to use after small periods of sobriety: "I just could not hold it." She spent many years in a relationship with a man that sold crack cocaine, which gave her easy access. At times, she would steal things to get money to buy drugs and alcohol. Substance abuse has also contributed to intermittent homelessness.

Ms. Brewster felt that she was at her rock bottom in the year 2020. She was smoking crack cocaine and drinking most days: "I was getting older and weaker." She finally entered treatment at Naomi's Nest, a residential drug treatment center. She was there from April to July 2020. She graduated from that program and then went into transitional living at the Lighthouse facility. She currently lives in an apartment through the Lighthouse in Westland, Michigan. She lives there with three other women. She attends individual and group therapy as well as AA/NA meetings three times a week. Ms. Brewster has now been clean and sober for 15 months. This is her longest period of sobriety: "I feel like a different person."

*Trauma History:* Ms. Brewster denied a history of trauma during childhood. As an adult she endured the tragic and unexpected loss of her son. She has also been beaten and robbed on multiple occasions. These events occurred primarily in the 1980s and 1990s. She recalls the worst assault was a "setup" by a friend. She believes the friend put a drug in her drink and the next thing she remembers she was being beaten up by a man. She lost consciousness and when she woke up, she was in an area of town that she did not know. All of her money had been taken.

*Mental Health History:* Ms. Brewster stated that after her son died, she had a "nervous breakdown." She was sent to a psychiatrist who heavily medicated her. She recalls being given injections that would render her unable to function. She was spending her days sitting in a chair drooling and could not communicate. She eventually decided to stop taking these medications. She did not have any additional mental health treatment prior to entering substance abuse treatment 15 months ago. As part of that program, she has received counseling. She was also evaluated by a psychiatrist who prescribed her Buspar for depression and anxiety.

Ms. Brewster stated that prior to her son's death, she did not have mental health issues. However, after he died, she decompensated significantly. She became depressed and despondent. She also began to have nightmares and intrusive thoughts of her son's death. She detached herself from her loved ones and was isolative. She tried to kill herself by overdosing on pills three times shortly after his death. She recalls that she had her stomach pumped for those overdoses, but was never given follow-up treatment other than sedation with tranquilizers

Eventually, Ms. Brewster began to self-medicate with drugs and alcohol. She stated that she lived in a state of chaos and, while she can now see that she was depressed, she also understands that she was largely avoiding her feelings. Ms. Brewster stated that over the years she has experienced symptoms that include crying spells, social withdrawal, anxiety, anhedonia, feelings of hopelessness, helplessness, guilt, and shame. Now, she continues to have some of these depressive symptoms; however, "I can deal, but I am not 100%." She did note that she is now

Name: Brewster, Louella  Page 5
DOB: 10/20/48

*Accountability/Insight/State of Mind:* Ms. Brewster does not deny the allegations against her. She stated that after her mother died, she took charge of her estate. She reports that at first she was very depressed and was not thinking about "anything." However, she eventually did realize that she was continuing to collect her mother's Social Security benefits and admits she did nothing about it: "I did not think I would be living long enough for anything to happen at that time."

Ms. Brewster does have remorse for her actions. She accepts responsibility and knows that what she did was wrong. She reports that drug addiction was largely what fueled her behavior. She has always struggled to get her basic needs met. Stable employment was always challenging because of her addiction to crack cocaine. Although she does believe that her son's death had a lot to do with her downfall, she stated that "I cannot blame it all on my son's death."

Ms. Brewster stated that she learned federal agents were looking for her in 2013. She has lived with a sense of fear since that time: "It was always in the back of my mind." Now Ms. Brewster admits that she is scared. She fears going to prison, in large part because of her age and all of her medical conditions. However, she also described a sense of relief that has emerged since her arrest. She is now forced to confront the situation, and whatever the outcome at least it will be over. She is hoping that she can learn from the situation. Her goal is to help her community based on her own experiences. She would like to work with seniors with substance abuse issues and also help the homeless now that she is in recovery.

## Behavioral Observations

Louella Brewster is a 72-year-old Black female. She was seen for an in-person evaluation. She looked her stated age. Her grooming and hygiene were good. Ms. Brewster presented as somewhat anxious and her overall mood was sad. She had mood-congruent affect. No signs of mania (e.g., flight of ideas, heightened mood) were seen throughout the evaluation. Ms. Brewster's attitude towards testing was appropriate. She was polite and cooperative. She made good eye contact. Her speech was clear and coherent with normal rate and rhythm. Ms. Brewster was oriented to place, person, date, month, year, and time. She was able to state who the current president of the United States is. There were no obvious impairments in memory, attention, or concentration. Ms. Brewster's insight and judgment were good. She denied current suicidal and homicidal ideation. She also denied psychotic symptoms.

## Summary of Psychological Testing

*Socio-emotional Functioning:* Ms. Brewster completed the MCMI-IV, a self-report measure of personality and psychopathology. This testing indicated that Ms. Brewster suffers from significant depression and anxiety. She may be prone to periods of marked emotional, cognitive, and behavioral dysfunction. She may at times have suicidal thoughts and a sense of hopelessness. She has trouble engaging in goal-setting behaviors. Her mood can at times be unpredictable, appearing irritable and pessimistic. She feels the life has cheated her and that she is misunderstood. Also worthy of attention is her expression of purposeful inefficiency. She may engage in oppositional behaviors at times. She has a low tolerance for frustration and may vacillate between being distraught and despondent.

Name: Brewster, Louella                                                                                                 Page 7
DOB: 10/20/48

rebellious, but fortunately her family was strong and together they healed from his untimely death.

In the 1970s, Ms. Brewster fell in love and married. Her husband was a good man. He was an Army veteran and had stable employment. In the early 1970s, they bought their first home together. They were overjoyed to welcome their first child Abdul Jamal in 1973. Motherhood agreed with Ms. Brewster. She devoted love and energy to Abdul and was excited to grow their family and give him siblings. In many ways, this couple seemed to be living the American dream However, tragedy struck when their son died in an accidental drowning before his fourth birthday.

When parents lose a child, they often suffer immensely. The death of a child, especially one that is unexpected, brings about an overwhelming sense of sadness, often accompanied by guilt and shame. It appears Ms. Brewster was left wondering what she could have done differently to prevent this. Unfortunately, her and her husband did not come together as a couple to help each other grieve; instead, the death of their son tore them apart.

For most, the grief cycle begins with an initial period of shock or denial, followed by sadness. Ideally, as people begin to accept that their loved one is gone, they start to work through the pain and eventually come to terms with the loss. The grieving process is considered complete when a person finds a way to move forward with their life while keeping their loved one in their heart and mind in a meaningful way.

The acute phase of grief, the severe sadness, should typically end after about six months. However, for some this does not happen and they are left with pervasive grief. This is the time when grief is likely to turn into serious symptoms like severe anxiety, major depression, and suicidal ideation. It also when a person may begin to out act out and behave recklessly, a form of self-destruction.

In the 1970s, Ms. Brewster's prolonged grief was treated as hysteria. Instead of helping her work through her grief and trauma, mental health professionals did what they commonly did at that time, which was sedate her. She was forced to choose between being catatonic or experiencing extreme pain. In making the decision to stop taking the medications, she was left to deal with her grief on her own and she did not fare well, turning to drugs as a form of self-medication. When people use drugs for grief relief, it serves as a band-aid. It provides short-term relief but is often the catalyst for long-term suffering, locking people in a cycle of grief and addiction.

Ms. Brewster's life has been one of survival and existence. Her son's death changed the trajectory of what could have been a happy and healthy life. She did not set goals for herself. She did not remarry or have more children. In many ways, she just stayed stuck. The one thing she found helpful unfortunately was self-medicating with alcohol and crack cocaine. It was perhaps a self-fulfilling prophecy. Ms. Brewster experienced extreme guilt over the death of her son. She then lived a life full of chaos, creating low self-worth and perpetuating her own feelings of worthlessness. In the last forty years, Ms. Brewster has been beaten and robbed multiple times. She has been homeless. She has disengaged from her family. All of this resulted from an attempt

Name: Brewster, Louella  
DOB: 10/20/48

Page 9

2. Ms. Brewster should continue to meet with a psychiatrist for medication management of mental health symptoms.
3. I would strongly suggest that Mr. Brewster add a trauma-specific component to her mental health treatment via individual or group therapy with a provider that specializes in PTSD and/or bereavement.
4. Ms. Brewster would benefit most from being able to give back to the community. She could be helpful to others that have lost children and/or struggled with substance abuse issues. Giving back to the community in the form of community service and charitable acts would be the best form of redemption for Ms. Brewster and aid in her own healing.

Thank you for this referral. Please feel free to contact with questions or concerns.

Respectfully Submitted,

Atara Abramsky  
17240 W 10 Mile Rd  
Southfield, MI 48075  
248-808-2976  
Ataraabramskyphd@gmail.com