UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                         Criminal No. 17-CR-20687

vs.                                                                  HON. BERNARD A. FRIEDMAN

LOUELLA BREWSTER,

    Defendant.

_____/

**<u>ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT</u>**

On March 22, 2022, the Court held a hearing on defendant's motion to dismiss the indictment. (ECF No. 23). A hearing was held and argument heard. For the reasons stated on the record,

IT IS ORDERED that defendant's motion to dismiss the indictment is denied.

Dated: March 23, 2022
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge