**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-

**D-1 LOUELLA BREWSTER,**

    **Defendant.**

_____/

Criminal No. 17-CR-20687

Hon. Bernard A. Friedman

## STIPULATION TO ADJOURN
## SENTENCING MEMORANDUM AND SENTENCING DATE

The above parties, by and through their respective counsel, Stipulate to adjourn the Sentencing Memorandum date which has been set for January 23, 2023 and Sentencing date which is set for January 31, 2023, for the following reason:

It appearing that as of January 5, 2023, the PSR was not available, and it may take a week to prepare and submit the same, and counsel wishes to consider the PSR with reference to any objections, as well as incorporation into the Sentencing Memorandum.

It is therefore agreed upon between Defendant and the Government that the aforementioned dates shall be adjourned for at least 45 days or a time and date to be determined by the Court, and further, that this Stipulation is in accord with provisions of F.R.C.P. Rule 32(e)(2) and Rule 32(f).

| | |
|---|---|
| s/Corinne M. Lambert | s/Thomas W. Jakuc |
| Corinne M. Lambert | Thomas W. Jakuc |
| Special Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort St., Ste. 2001 | 22811 Greater Mack, Ste. 204 |
| Detroit, MI 48226 | St. Clair Shores, MI 48080 |
| 313-226-9129 | 586-573-2694 |
| Corinne.Lambert@usdoj.gov | thomasjakuc@sbcglobal.net |

Dated: January 5, 2023

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-

**Criminal No. 17-CR-20687**

**Hon. Bernard A. Friedman**

**D-1 LOUELLA BREWSTER,**

    **Defendant.**

_____/

**ORDER TO ADJOURN
SENTENCING MEMORANDUM AND SENTENCING DATE**

Upon this Court's consideration of the above stipulation, and the Court being fully advised of its premises;

**IT IS ORDERED** that the Sentencing Memorandums and Sentencing date be adjourned for at least 45 days or a time and date to be determined by the Court.

**IT IS FURTHER ORDERED** that the Sentencing is hereby adjourned to March 28, 2023 at 1:30 p.m. and Sentencing Memorandums and letters of support are due March 21, 2023.

    **IT IS SO ORDERED.**

s/Bernard A. Friedman_____
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: January 6, 2023
       Detroit, Michigan