UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-

**D-1  LOUELLA BREWSTER,**

    **Defendant.**

_____/

No. 17-CR-20687

Hon. Bernard A. Friedman

AUSA Ryan Particka neither concurs or objects with this Motion.

## MOTION TO ADJOURN SENTENCING DATE AND SENTENCING MEMORANDUM

NOW COMES Defendant, Louella Brewster, by and through her court appointed attorney, Thomas W. Jakuc, and respectfully request the date set for submission of a Sentencing Memorandum and Sentencing date be adjourned for the following reasons:

1.    That Defendant Louella Brewster is approximately 75 years of age.

2.    That a total knee replacement on March 16, 2023, and in this regard, attached as Exhibit A is supporting medical documentation.

3.    That it is speculative as to when Defendant Louella Brewster will be available for sentencing, and in this regard, Defendant respectfully requests that a 60 day adjournment be granted for Sentencing, and with a 60 day adjournment for submission of a Sentencing Memorandum.

2

                                      THOMAS LEGAL CENTERS, P.C.

                                      BY: s/Thomas W. Jakuc
                                            22811 Greater Mack, Ste. 204
                                            St. Clair Shores, MI  48080
                                            586-573-2694
                                            Thomas.Jakuc@gmail.com

Dated: March 9, 2023                         P15426

*********************************************************************************

## **CERTIFICATE OF MAILING**

    I certified that a copy of Motion to Sentencing was emailed to all attorneys of record on this date of March 9, 2023 by electronic and/or ordinary mail.

                                              s/Joyce J. Crechiolo
                                              Secretary to Thomas W. Jakuc
                                              (586)  573-2694

DATED:  March 9, 2023