# EXHIBIT A

**Leading Orthopaedic Care**
**Detroit Medical Center**

***Share this document with Primary Care Providers (PCP) and Consulting Physicians***
BRING THIS FORM TO ALL APPOINTMENTS

Any changes with your Insurance PLEASE NOTIFY SCHEDULER

---

**1. JOINT CAMP DAY (1 Hour):**
Date/Time: _____   11:00AM
Location: 311 Mack Ave. 5th Floor Detroit 48201
**PLEASE ARRIVE 15 MIN EARLY**

**2. PRE OP APPOINTMENT:**
Date: 3/6/23
Time: 9:30 AM
Location: 311 Mack Ave. 5th Floor Detroit 48201
If your insurance requires authorization for office visit, please notify your PCP for approval of appointment.

**3. Pre Admission Testing:**
You will receive a call ~ 5-7 days prior to surgery for your appt.
Date: _____
Time: _____
Location: 3990 John R St Detroit 48201
Harper Hospital

**4. DATE OF SURGERY:**
Date: 3/16/23
Surgeon: Dr. Darwiche
Location: 311 Mack Ave. 4th Floor Detroit 48201
For your ARRIVAL TIME you will receive a call 1 day prior to surgery or you may call 313-832-0400.

## Surgery Checklist

Please complete the following and bring completed list to your Pre op appointment

| Task | Initials |
|---|---|
| ☐ Read Guidebook | |
| ☐ Attend Clearance(s) | |
| ☐ Attend Joint Camp | |
| Robotic Assist? ☑Yes ☐ NO  If YES Attend CT  ☐ Attend CT Scan | |
| ☐ Attend Pre op Appointment | |
| ☐ Attend Pre Admission Testing/ Anesthesiologist | |
| ☐ Arrange transportation to/from surgery | |

**5. POST OP APPOINTMENT:**
Date: 4/3/23
Time: 9:10 AM
Location: 311 Mack Ave. 5th Floor Detroit 48201

Please list all of your other appointments here: CT, clearances, Primary Care Physician/ family doctor, etc):
_____
_____

**Discharge plan:**
-1 Night in hospital
-Discharge home with home health care set up the following day
-Pick up location **3990 John R Detroit, MI 48201**

**Home Health Care includes:**
-RN
-Physical therapist or Occupational therapist 2-3x week

---

**QUESTIONS OR CONCERNS?**
♦ For Scheduling: Sherry 313-832-0562      ♦ For Clearances: Helen Smith RN 313-832-0559
♦ For patient care needs: Kaisey H 313-832-0544   ♦ CT Scheduling: Direct Partners 313-949-9568
♦ Prescription Refill Line: 313-832-0500 Opt 3 (*Please allow 48*)

# DETROIT-MEDICAL-CENTER
Radiology

311 Mack Avenue, 5th Floor

Detroit, Michigan 48201          (2016_1205)
3138320500

| Patient Information | AMB DR ORTDHQ | Order Status: Ordered |
|---|---|---|
| | | Order ID: 8914711125.00 |

Patient:	BREWSTER, LOUELLA                Print Date/Time: 01/16/23  11:22

PTID(s): 10055400                            MRN: 2031      Pt Type: Amb Outpatient-Active Chgs

DOB:	10/20/1948	Age	74 Years	Sex:	Female      Race:	Black/African American
Patient Loc:	ORTDHQ                           FC:  Misc Medicaid Managed Care
Admit Date:	01/16/23 09:41
Attending Physician:	DARWICHE MD, HUSSEIN F        Pager:
Ordering Physician:	COWAN PA-C, CHRISTOPHER H     Pager:
Entered by:	COWAN PA-C, CHRISTOPHER H        Order Date/Time:    01/16/23 11:22
Allergies : No Known Allergies

### Order: CT-Lower Extrem (W/O Contrast)-Right

| | |
|---|---|
| Order for Future Visit | No |
| Stop Date/Time | 01/16/23 11:22:00 EST |
| Priority | Routine |
| Special Instructions | RIGHT KNEE osteoarthritis |
| Required Radiology Order Format Fie | Rad Type |
| Adhoc Frequency Instance | -1 |
| Reason For Exam-(May Select up to 6 | Pain |
| Date of Service | 01/16/23 11:22:00 EST |
| Print Order as Prescription? | Yes |

**Ordering Comments**
MAKOPLASTY PROTOCOL

Diagnosis:    Primary osteoarthritis of right knee(M17.11), Presence of left artificial knee joint(Z96.652)

Electronically Signed By: COWAN PA-C, CHRISTOPHER H