UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LOUELLA BREWSTER,

        Defendant,

_____/

Criminal Action No. 17-cr-20687
HON. BERNARD A. FRIEDMAN

## ORDER GRANTING IN PART MOTION TO ADJOURN SENTENCING

This matter is before the Court on a motion to adjourn sentencing date and sentencing memorandum filed by defendant Louella Brewster. (ECF No. 42). Brewster is currently scheduled to be sentenced on March 28, 2023. (ECF No. 38). Brewster urges that she is approximately 75 years old and scheduled for total knee replacement on March 16, 2023. (ECF No. 42, PageID.265). Accordingly, she requests that her sentencing hearing and submission date for sentencing memoranda be adjourned for 60 days. (*Id.*). The Government opposes the request. (ECF No. 43). Upon consideration of the motion and response, the Court being fully apprised of the premises, for cause shown it is hereby,

ORDERED that the motion to adjourn sentencing date and sentencing memorandum (ECF No. 42) is GRANTED IN PART. Sentencing is hereby adjourned to **Tuesday, May 16, 2023, at 2:00 P.M**.; sentencing memoranda are due **Tuesday, May 9, 2023**.

**SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: March 13, 2023
Detroit, Michigan