UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-

**D-1  LOUELLA BREWSTER,**

    **Defendant.**

_____/

No. 17-CR-20687

Hon. Bernard A. Friedman

AUSA Ryan Particka does not concur with this Motion.

## MOTION TO ADJOURN SENTENCING DATE AND SENTENCING MEMORANDUM (SECOND)

NOW COMES Defendant, Louella Brewster, by and through her court appointed attorney, Thomas W. Jakuc, and respectfully request the date set for submission of a Sentencing Memorandum and Sentencing date be adjourned for the following reasons:

1. That Defendant Louella Brewster does hereby incorporate by reference the allegations set forth in previously filed Motion to Adjourn Sentencing Date and Sentencing Memorandum (ECF 42).

2. That Defendant Louella Brewster is approximately 75 years of age (DOB: 10-20-1948).

3. That as a result of a total knee replacement on March 16, 2023, Defendant Louella Brewster underwent a period of post-operative therapy at Optalis Canton OPCO, and was recently discharged with prescription for further out-patient therapy, three times a week for three weeks. Operating orthopedic surgeon, Dr. Darwiche's records have been requested.

1

4. That Defendant Louella Brewster was recently diagnosed with severe arthritic left shoulder which may require surgery by Dr. Ali Makki whose records also have been requested with therapy prescribed.

5. That during the course of this pending prosecution, Defendant Louella Brewster has been treated by psychologist Dr. Derrick Johnson whose records and opinions has also been requested.

6. That as afore alleged, the identified records have been requested from the responsible physicians which records are necessary so that Defendant Louella Brewster can file a Motion for Departure under Sentencing Guidelines §5H1.1 addressing the issue of *age and infirmity* as well as §5H1.4 addressing the issue of *extraordinary physical impairment*. Defendant also has continued mental and emotional conditions which warrant treatment providing a basis under §5H1.3 addressing *mental and emotional conditions* from treating psychologist Dr. Derrick Johnson.

7. That the conditions and assembly of the relevant medical records are also and necessary to advance an argument to request a Variance under 18 U.S.C. §3553(a); including, but not limited to (D) *providing Defendant with training, medical care and treatment*.

8. That it is more than speculative as to when Defendant Louella Brewster will be available for sentencing without medical restrictions as well as securing of the necessary and relevant medical records to submit a Motion for Departure as well as an argument of Variance.

9. Defendant Louella Brewster respectfully requests a 60 day adjournment be granted for Sentencing, and a 60 day adjournment for submission of a Sentencing Memorandum, as well as a hearing on a Motion for Departure, which will be made as soon as the necessary requested medical documents are secured.

10. That Sentencing has been scheduled for May 16, 2023 at 2:00 p.m. as well as the Sentencing Memorandum to be submitted on May 9, 2023.

WHEREFORE, Defendant Louella Brewster respectfully requested a 60-day adjournment be granted in this regard which would be approximately July 18, 2023 for Sentencing and July 11, 2023 for the Sentencing Memorandum to be submitted.

                    THOMAS LEGAL CENTERS, P.C.

                    BY: s/Thomas W. Jakuc
                         22811 Greater Mack, Ste. 204
                         St. Clair Shores, MI  48080
                         586-573-2694
                         Thomas.Jakuc@gmail.com

Dated:  April 25, 2023               P15426

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **CERTIFICATE OF MAILING**

I certified that a copy of Motion to Sentencing was emailed to all attorneys of record on this date of April 25, 2023 by electronic and/or ordinary mail.

                         s/Joyce J. Crechiolo
                         Secretary to Thomas W. Jakuc
                         (586)  573-2694

DATED:  April 25, 2023