UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                               Criminal Action No. 17-cr-20687
                                                   HON. BERNARD A. FRIEDMAN

vs.

LOUELLA BREWSTER,

       Defendant,

_____/

## **ORDER GRANTING SECOND MOTION TO ADJOURN SENTENCING**

This matter is before the Court on a second motion to adjourn sentencing date and sentencing memorandum filed by defendant Louella Brewster. (ECF No. 45). The government has filed a response in opposition. (ECF No. 46).

In March of this year, Brewster filed her first motion to adjourn for sixty days, urging that she is approximately 75 years of age and had a total knee replacement scheduled for March 16, 2023. (ECF No. 42). The government opposed that first request. (ECF No. 43). The Court granted in part Brewster's first motion and adjourned sentencing until Tuesday, May 16, 2023. (ECF No. 44).

In the present motion, Brewster again requests a 60-day adjournment. (ECF No. 45). This time, she urges that more time is necessary because she is undergoing

out-patient therapy related to the knee replacement, she was recently diagnosed with severe arthritic left shoulder which may require surgery, and she has been treated by a psychologist during the course of this prosecution. (*Id.*, PageID.279-80). Specifically, Brewster urges that she has requested medical records related to the aforementioned treatment and that she intends to use those records to request a variance and to file a motion for departure under the sentencing guidelines addressing the issues of age, infirmity, extraordinary physical impairment, and mental and emotional conditions. (*Id.*, PageID.280). Brewster states that "it is more than speculative as to when [she] will be available for sentencing without medical restrictions as well as securing of the necessary and relevant medical records to submit a Motion for Departure as well as an argument of Variance." (*Id.*).

The government opposes this second motion, urging that sentencing "has already been adjourned multiple times and is now set to occur approximately ten months after the date of the defendant's guilty plea in this case." (ECF No. 46, PageID.282). The government notes that "the plea itself occurred nearly *nine years* after law enforcement advised the defendant's family members that they were looking for her" and that that "[v]irtually all of the delay in this matter . . . [is] within the defendant's control." (*Id.*, PageID.282-83). The government suggests that the delay seems "calculated" and that "[d]efense counsel could have easily requested records . . . in time to accommodate any of the previous sentencing dates." (*Id.*,

2

PageID.283).  The government objects to the notion that it is "speculative" as to when Brewster might be available for sentencing without medical restrictions, noting that if she "is capable of attending and participating in out-patient therapy, she's certainly well enough to appear for sentencing."  (*Id.*, PageID.284).  The government further notes that Brewster has not made any effort to repay her debt of more than $245,000 in advance of sentencing.  (*Id.*).

Upon consideration of the motion and response, the Court being fully apprised of the premises, for cause shown it is hereby,

ORDERED that the second motion to adjourn sentencing date and sentencing memorandum (ECF No. 44) is GRANTED.  Sentencing is hereby adjourned to **Tuesday, July 18, 2023, at 11:30 a.m.**; sentencing memoranda are due **Tuesday, July 11, 2023**.

SO ORDERED.

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Dated: May 4, 2023    Senior United States District Judge
Detroit, Michigan