UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

    No. 17-CR-20687

    Hon. Bernard A. Friedman

D-1  LOUELLA BREWSTER,

    Defendant.
_____/

## DEFENDANT'S SENTENCING MEMORANDUM

NOW COMES Defendant, Louella Brewster, by and through her court appointed attorney, Thomas W. Jakuc, and submits this Sentencing Memorandum for the Court's consideration at time of sentencing, and states as follows:

This Sentencing Memorandum is a summary of Defendant's previously filed Motion for Downward Departure/Variance (ECF 48).

Also, reference will be from a psychological report from Dr. Derrick Johnson, which was not included in the previously filed Motion for Downward Departure/Variance of which reference will be made in this Sentencing Memorandum.

Defendant, Louella Brewster is a 74-year-old female who will be 75 years of age this fall.  She has undergone surgeries in both her knees and is experiencing a chronic painful condition in her shoulder for which surgery has been prescribed, but declined; however, she has been prescribed continuous pain medication.  Her overall physical condition necessitates the use of a walker or cane as conditions require. An extensive list of drug prescriptions has been prescribed for her including treatment for the chronic

pain in her left shoulder.  Defendant, Louella Brewster is also undergoing psychological therapy on a regular and continued basis, and treating psychologist Dr. Derrick Johnson has opined that any incarceration would be immeasurably harmful to her regarding her mental and physical well-being. Enclosed is Exhibit A, Dr. Johnson's resume with report. The report indicates, most significantly, relative to the Sentencing Memorandum that he concurs as follows:

> *"I concur with the opinion outlined in Dr. Abramsky's statement that an incarceration dispensation would do more harm than good and greatly jeopardize the progress Louella has made during her treatment program with this therapist."*

She has no prior criminal record regarding a crime of violence.

Dr. Richard Brown, D.O. has provided continuing medical care and treatment which relevant and current records have been included in the previous referred to Motion for Departure/Variance (ECF 48).

In accordance with the previously filed Motion for Downward Departure/Variance, more specifically, the Presentence Investigation Report referencing factors that may warrant departure, including age, physical and mental conditions, that it would be in the best and furtherance interest of Defendant Louella Brewster to impose a sentence of home probation with corresponding supervised release.

                THOMAS LEGAL CENTERS, P.C.

                BY: s/Thomas W. Jakuc_____
                     22811 Greater Mack, Ste. 204
                     St. Clair Shores, MI  48080
                     586-573-2694
                     Thomasjakuc@sbcglobal.net
                     P15426

Dated: July 11, 2023

## **CERTIFICATE OF MAILING**

    I certified that a copy of Defendant's Sentencing Memorandum and this Certificate of Mailing was mailed to all attorneys of record on this date of July 11, 2023 by electronic and/or ordinary mail.

                                          s/Joyce J. Crechiolo_____
                                          Secretary to Thomas W. Jakuc
                                          (586) 573-2694

Dated: July 11, 2023