| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | **PACTS** 7254761 | **DATE** 12/03/2024 |
|---|---|---|---|---|

| NAME BREWSTER, Louella | | OFFICER LaMisha J. Rice | JUDGE Matthew F. Leitman | DOCKET # 17-CR-20687-01 |
|---|---|---|---|---|

| ORIGINAL SENTENCE DATE 07/18/2023 COMMENCED 04/02/2024 EXPIRATION 04/01/2026 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 13 | PHOTO PHOTO DATE: 01/13/2021 |
|---|---|---|---|---|

**REPORT PURPOSE**

**REQUEST TO MODIFY CONDITIONS**

**RECOMMENDATION**

**MODIFICATION**

**ORIGINAL OFFENSE**
Count 1:   18 U.S.C. § 641, Theft/Embezzlement of Federal Funds

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 9 months, to be followed by a two-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**
1. You must submit to substance abuse testing to determine if you have used a prohibited substance.
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must pay the financial penalty in according with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.
4. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
5. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.
6. The defendant shall make monthly installment payments of at least $25 a month on any remaining balance of the restitution, fine, or special assessment, as approved by the Court.

    Criminal Monetary Penalties:   Special Assessment $100.00 (paid); Restitution $245,744.30 (balance $245,744.30).

| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH<br>THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>7254761 | DATE<br>12/03/2024 |
|---|---|---|---|---|

| NAME<br>BREWSTER, Louella | OFFICER<br>LaMisha J. Rice | JUDGE<br>Matthew F. Leitman | DOCKET #<br>17-CR-20687-01 |
|---|---|---|---|

## PETITIONING THE COURT

To modify the condition of supervised release as follows:

**TO REMOVE:**

"THE DEFENDANT SHALL MAKE MONTHLY INSTALLMENT PAYMENTS OF AT LEAST $25 A MONTH ON ANY REMAINING BALANCE OF THE RESTITUTION, FINE OR SPECIAL ASSESSMENT, AS APPROVED BY THE COURT."

**TO ADD:**

"YOU SHALL MAKE MONTHLY INSTALLMENT PAYMENTS ON ANY REMAINING BALANCE OF THE RESTITUTION AT A RATE AND SCHEDULE RECOMMENDED BY THE PROBATION DEPARTMENT AND APPROVED BY THE COURT.

## CAUSE

On April 2, 2024, BREWSTER began her term of supervised release. Since the onset of supervised release, BREWSTER's adjustment has been marginal. The Post-Conviction Risk Assessment (PCRA) scores the Person Under Supervision as a Moderate/Category 1 with dynamic risk factors of cognitions, social networks, education/employment. Persons in this category have a 16 percent arrest rate and a six percent revocation rate in the next six months.

BREWSTER has struggled to maintain stable housing and secure income since her release. She applied for disability benefits through the Social Security Administration and is waiting for a response. She reported that she is working with Michigan Rehabilitation Services, Detroit, Michigan. On November 1, 2024, she moved into her own apartment. According to her, this program was able to help her secure low-income housing where she is paying $50.00 per month for rent. In addition, the program is helping to identify appropriate employment opportunity, that she can maintain despite her age and physical and mental limitations. In the meantime, she reported that her family is willing to provide her with monthly financial donations to ensure she maintains housing.

To address her mental health and history of substance use, she is scheduled for a dual assessment at Shanle Psychological Services, Grosse Pointe, Michigan, in early December 2024. Hopefully, once she is engaging in services and possibly taking medication, BREWSTER will be able to be more productive moving forward.

With that, this writer is recommending that this condition be removed to allow BREWSTER more time to secure income to be able to afford the payments. In addition, it is recommended that the original special condition be replaced with the special condition noted above.  A MIE2 will be submitted to the Court recommending a payment plan for the Court's approval.  She has not made any payments toward her debt due to lack of income and is currently in financial default. This writer will continue to monitor to her financial status and ensure that she is being diligent with securing some form of income.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>7254761 | DATE<br>12/03/2024 |
|---|---|---|---|---|

| NAME<br>BREWSTER, Louella | OFFICER<br>LaMisha J. Rice | JUDGE<br>Matthew F. Leitman | DOCKET #<br>17-CR-20687-01 |
|---|---|---|---|

This writer contacted AUSA Corinne M. Lambert from the U.S. Attorney's Office, who had no objection to the recommendations of the probation department.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on October 28, 2024, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| SENIOR PROBATION OFFICER<br>s/LaMisha J. Rice/slg/mt<br>313-234-5452 | DISTRIBUTION<br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br>s/Tracy Kosmas<br>313-234-5272 | PROBATION ROUTING<br>Data Entry |

**THE COURT ORDERS:**

[X] Modification as Noted Above

[ ] Other

s/Matthew F. Leitman
United States District Judge

12/4/2024
Date