PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                                              Crim. No.  2:17CR20687-1

Louella Brewster

On April 2, 2024, the above named was placed on supervised release for a period of two years. As of June 29, 2025, BREWSTER is deceased. It is accordingly recommended that BREWSTER's term of supervised release be terminated.

Respectfully submitted,

s/LaMisha Rice
Senior United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervise releasee be discharged supervision and that the proceedings in the case be terminated.

Dated this   16th   day of   July  , 2025  .

s/Matthew F. Leitman
Honorable Matthew F. Leitman
United States District Judge